# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **RECRUITME, LLC,** | |
| Plaintiff, | |
| v. | Civil Action No. 2:13-cv-1163 |
| **EMBRACE INCORPORATED D/B/A 2REDBEANS,** | JURY TRIAL DEMANDED |
| Defendant. | |

## ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE

In consideration of Plaintiff RecruitME, LLC's filing of a Notice of Voluntary Dismissal With Prejudice before an answer or motion for summary judgment has been filed by Defendant Embrace Incorporated, the Court hereby dismisses all claims in this action against Embrace Incorporated, with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear their own costs, expenses, and attorney's fees.

**So ORDERED and SIGNED this 10th day of February, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE